FILED
October 10, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-cr-471 GEB |
| Plaintiff, ) | |
| v. ) | ORDER OF RELEASE |
| ) | |
| Daljit Sekhon, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize the continuing release of _Daljit Sekhon_  Case _2:08-cr-471 GEB_ subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     X    Release on Personal Recognizance

     _    Bail Posted in the Sum of _____

     _    Unsecured bond in the amount of.

     _    Appearance Bond with 10% Deposit

     _    Appearance Bond secured by Real Property

     _    Corporate Surety Bail Bond

     X    (Other) _Court conditions/supervision; surrender passport; travel restrictions_

Issued at _Sacramento, CA_ on _10/10/08_   at _2:35 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge