```
MARK J. REICHEL, Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 Capitol Mall, 3rd Floor Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258

Attorney for Defendant
DALJIT SEKHON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> DALJIT SEKHON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  CR.S-08-471-GEB <br><br> **STIPULATION AND ORDER FOR** <br> **TEMPORARY RETURN OF PASSPORT** <br><br> Date: February 19, 2009 <br> Time: n/a <br> Judge: Hon. Kimberly J. <br>    Mueller |

Defendant, by and through her undersigned counsel, hereby moves the court for an unopposed order authorizing the Clerk of the United States District Court for the Eastern District of California to temporarily release her passport.

Defendant will need her passport to renew it and for travel to Vancouver Canada.  Defendant will leave the United States on June 26, 2009 and return on July 1, 2009. Defendant will surrender her passport back to the clerk no

/////

/////

/////

/////

/////

1

1  later than July 3, 2009.  The Government does not oppose
2  this request. Defendant's Passport Number is 159234165
3
4  Respectfully submitted,
5
6  Dated: February 19, 2009          /s/ Mark J. Reichel
                                     MARK J. REICHEL
7                                    Attorney for Defendant
                                     Daljit Sekhon
8
9  IT IS SO ORDERED.
10 DATED: February 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15 Ddad1/orders.criminal/sekhon0471.stipord

2