**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-471-GEB |
| Plaintiff, | **ORDER RELEASING PASSPORT TO DEFENDANT DALJIT SEKHON** |
| vs. | DATE:  October 27, 2010 |
| DALJIT SEKHON | |
| Defendant. | Hon. Garland E. Burrell |

Defendant, by and through her undersigned counsel, hereby move the court for an order authorizing her to travel outside the Eastern District of California, and for the Clerk of the United States District Court for the Eastern District of California to release her passport for this travel.

Specifically, Defendant requests to travel to Delhi, India leaving on October 27, 2010 and returning on November 18, 2010.  The purpose of this travel is to visit her mother who is 90 years old and is suffering from failing health. Defendant will need her passport for this travel, which was previously surrendered to the Clerk of the United States District Court for the Eastern District of California.  Defendant's Passport Number is 459102743.  Defendant will surrender her passport back to the Clerk's Office no later than November 19, 2010.  The Government has been advised of these requests and has no objection.[1]

---

[1] It should be noted that though Defendant is on pretrial release, she is not being supervised by Pretrial Services. Therefore, authorization was not sought from Pretrial Services.

Respectfully submitted,

Dated: October 18, 2010              /s/ Mark J. Reichel
                                                MARK J. REICHEL[2]
                                                Attorney for Defendant
                                                Daljit Sekhon

The United States of America, by and through its undersigned attorney, Assistant United States Attorney Matthew Segal, has no objections to Defendant's request for travel to Delhi, India, leaving on October 27, 2010 and returning on November 18, 2010.  Further, the United States does not object to the release of her passport for this travel with the condition that it be surrendered back to the Clerk's Office no later than close of business on November 19, 2010.

Dated:  October 18, 2010             /s/ Matthew Segal
                                                Matthew Segal[3]
                                                Assistant United States Attorney

**IT IS SO ORDERED.**

**Date:  10/18/2010**

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge

---

[2] Based on the unavailability of Attorney Mark Reichel, and the urgency in obtaining the passport, Attorney Johnny L. Griffin, III was requested and authorized to electronically file this Proposed Order on Defendant's behalf.

[3] Assistant United States Attorney Matthew Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Proposed Order on his behalf.