1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   JEAN M. HOBLER
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. 2:08-CR-00471-KJM |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE PRETRIAL DIVERSION AND DISMISS CHARGES, ORDER THEREON** |
| v. | |
| DALJIT SEKHON, | |
| Defendant. | |

The Government and defendant Dr. Daljit Sekhon entered into a deferred prosecution agreement in this matter in June 2013. The Court approved the agreement on July 10, 2013. The agreement contemplated a diversionary period of six months. Pretrial Services has advised that the defendant has complied with all terms and conditions of supervision. Thus, Pretrial Services recommends termination of pretrial diversion.

///

///

///

///

///

1

Now, therefore, consistent with the terms of the pretrial diversion agreement, the Government requests the Court terminate Dr. Sekhon's pretrial diversion. Further, under Federal Rule of Criminal Procedure 48(a), and consistent with its obligations under the pretrial diversion agreement, the Government moves to dismiss the charges against Dr. Sekhon. (Docket Number 1.)

DATED: January 14, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

**ORDER**

Based on the Government's motion and the representations contained therein, the Court finds good cause to terminate the pretrial diversion period of defendant Daljit Sekhon, and her diversion period is therefore TERMINATED.  The Court further grants the Government's motion under Rule 48 of the Federal Rules of Criminal Procedure, and dismisses the charges in the Indictment as to Daljit Sekhon.

DATED:  January 15, 2014.

_____
UNITED STATES DISTRICT JUDGE